**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7639**

---

WILLIE FOSTER SELLERS,

Plaintiff - Appellant,

versus

KENNETH E. MELSON, 1st Assistant United States
Attorney; BARBARA WALKER, Assistant
Commonwealth Attorney; PAUL LANTEIGNE,
Sheriff; MARK MUSTIN, Chief Deputy; G. F.
DRISCOLL, Deputy Librarian,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-01-545-2)

---

Submitted: February 6, 2003    Decided: February 12, 2003

---

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.[*]

---

Affirmed by unpublished per curiam opinion.

---

[*] Judge Wilkins did not participate in consideration of this
case. The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d) (2000).

Willie Foster Sellers, Appellant Pro Se.  Richard Parker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Foster Sellers appeals the district court's orders denying him relief in his action alleging violations under 42 U.S.C. § 1983 (2000) and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Sellers v. Melson, No. CA-01-545-2 (E.D. Va. Nov. 9, 2001; Sept. 23, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED